UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*, | ) |
|        Plaintiffs, | ) |
|        v. | ) Case No. 1:07cv00018 |
| The Anyloan Company, *et al.*, | ) |
|        Defendants. | ) |

## MOTION (2ND) FOR ENLARGEMENT OF TIME TO PERFECT SERVICE

Plaintiffs, Robert and Monica Carroll, move for time enlargement under Fed. R. Civ. P. 4(m) and 6(b)(1) of additional 21 days from the due date under the Rule 4 and the Order last entered (Complaint filed January 4, 2007) to perfect service of the Summons and Complaint on certain of the Defendants, for good cause shown.

    1.    Plaintiffs served and filed today on the electronic docket affidavits of service of the summons and Complaint on the following: Renard Johnson; Cheryl Bruce; Apple Tile of Maryland LLC; and Apple Title International LLC;

    2.    Plaintiffs have served Steven Morris and American Residential Funding, Inc. and are awaiting return of the affidavit of service in order to file them on the electronic docket.

3. Plaintiffs are attempting to serve Okebugwu, however, he is out of the county and an affidavit of the process server will be filed regarding the service efforts.

4. Plaintiffs are attempting to serve Will Purcell, an attorney and Member of the Bar, however, based on information and belief, he is willfully avoiding service of process.

5. Plaintiffs are attempting to serve Mary Purcell, however, this Defendant may be a misnomer and has not been located.

6. Plaintiffs are attempting to serve Daluz, however, the investigation of her whereabouts are ongoing.

7. Defendants Anyloan Company, New Century Mortgage and Home123 are currently in Chapter 11.

In view of the obstacles of serving all Defendants, Plaintiffs respectfully request 21 additional days under Rule 4(m), which sets a 120-day limit from date of filing. Consent to this motion could not be sought because no parties have entered appearances at this time.

Wherefore, Plaintiffs request that this motion be granted under the proposed Order attached hereto.

Respectfully submitted,

Dated: May 8, 2007

_____
C. Michael Tarone (D.C. Bar No. 159228)
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006

Tel. (202) 293-3200
Fax (202)429-1851

Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

    I, C. Michael Tarone, hereby certify that I have on May 8, 2007, no copies of this motion were served on any named Defendant because no Defendant parties have entered appearances at this time.


                                        _____
                                        C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Carroll, *et al.*,   )
                            )
                            )
                            )
     Plaintiffs,            )
                            )   Case No. 1:07cv00018
          v.                )
                            )
The Anyloan Company, *et al.*,   )
                            )
     Defendants.            )
                            )

ORDER

Upon consideration of Plaintiffs' Motion for Enlargement of Time to Perfect Service, the lack of opposition thereto and the entire record herein it is this ___ day of May 2007,

ORDERED that the motion be and hereby is granted for good cause shown; and it is

FURTHER ORDERED that the deadline under Rule 4(m) is enlarged by 21 days from the original due date measured from the date the Complaint was filed, January 4, 2007.

SO ORDERED.

_____
Henry H. Kennedy
District Court Judge

Copies to: See next page

C. Michael Tarone
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006