AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Carroll and Monica Carroll,

Plaintiffs,

V.

The Anyloan Company, et. al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00018

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 01/04/2007

TO: (Name and address of Defendant)

Will Purcell, c/o Mary Purcell & Associates, 1823 11th Street, NW, Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
(202) 293-3200, ext. 223)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                JAN - 4 2007
CLERK                                                             DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.

vs.

The Anyloan Company, et al.

No. 1:07CV00018

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 7:08 am on May 21, 2007, I served Will Purcell at 1817 10th Street, NW, Washington, DC 20001 by serving Will Purcell, personally. Described herein:

```
    SEX-     MALE
    AGE-     45
 HEIGHT-     5'10"
   HAIR-     BALD
 WEIGHT-     170
   RACE-     BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 5-22-07
            Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187050