UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>The Anyloan Company, *et al.*,<br><br>   Defendants. | Case No. 1:07cv00018<br>(HHK) |

**MOTION FOR ENLARGEMENT OF TIME TO PERFECT SERVICE**

  Plaintiffs, Robert and Monica Carroll, move for time enlargement under Fed. R. Civ. P. 4(m) and 6(b)(1) of 14 days to perfect service of the Summons and Complaint on Defendants, for good cause shown.

  1. Under the Complaint of Plaintiffs Robert and Monica Carroll asserting claims for violations of Truth-in-Lending Act, 15 U.S.C. §§ 1601- 661j ("TLA"), Regulation Z, 16 C. F. R. § 226.4, the corollary District of Columbia statute, D.C. Code § 28-3301, the District of Columbia Consumer Protection and Procedures Act, D.C. Code §§ 28-3901 to -3911, and the torts of common law of fraud and negligence, Plaintiffs seeks damages against 15 Defendants.

2. The corporate Defendants Anyloan Company, New Century and Home123 were served today, April 25, 2007, through their statutory agent's office in this jurisdiction. Proof of service will be filed by April 30, 2007. No other parties have been served.

3. The original Complaint was filed on January 4, 2007.

4. The Renard Johnson defendants, consisting of Mr. Johnson and the Apple Title entities and Defendant -employees have vacated their offices located in Silver Spring, Maryland, thus requiring private investigative services to locate and find the officers of the entities and theses individuals. Those services were retained today. Other Defendants will be served over the next few days.

5. In view of the obstacles of serving all Defendants, Plaintiffs respectfully request 14 additional days under Rule 4(m), which sets a 120-day limit from date of filing. Consent to this motion could not be sought because no parties have entered appearances at this time.

Wherefore, Plaintiffs request that this motion be granted under the proposed Order attached hereto.

Respectfully submitted,

Dated: April 25, 2007

_____/s/_____
C. Michael Tarone (D.C. Bar No. 159228)
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006

Tel. (202) 293-3200
Fax (202)429-1851

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I, C. Michael Tarone, hereby certify that I have this April 25, 2007, no copies of this motion were served on any named Defendant because no Defendant parties have entered appearances at this time.

_____/s/_____
C. Michael Tarone

# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

**ROBERT CARROLL AND**
**MONICA CARROLL**

V.　　　　　　　　　　　　　　　CASE NO. 07CV00018

**THE ANYLOAN COMPANY, ET AL.**

## AFFIDAVIT OF SCOTT KUCIK

I, Scott Kucik, hereby depose and say:

That I am the Custodian of Records of Capitol Process/Investigator Services, 1827 18th Street, N.W., Washington, D.C. 20009.

That I am not a party to or otherwise interested in this case.

That, on April 4, 2007, my office received a set of Summons and Complaints to serve on various defendants in this case. We have achieved service on some of the defendants. No viable address at which service can be accomplished is known for the following defendants: Christina Daluz, Steven M. Morris, and American Residential Funding, Inc.

I have conducted research in an effort to locate a viable address for Christina Daluz and Steven Morris. I have not yet found a viable address, however. I continue in my efforts to find the defendants.

My office attempted to serve American Residential Funding, Inc. at the office of the Registered Agent: Vincent Rinehart, 3101 West Sunflower Avenue, #28508, Santa Ana, California 92799. This address was found to be a Post Office Box, however.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Scott Kucik

Subscribed and Sworn to before me this 25th day of May, 2007.

　　　　　　　　　　　　　　　　　　　　　　　　　Nicole G. Davis
　　　　　　　　　　　　　　　　　　　　　　　　　Notary Public

My commission expires:　Nicole G. Davis
　　　　　　　　　　　　Notary Public, District of Columbia
　　　　　　　　　　　　My Commission Expires 01-14-2009

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>The Anyloan Company, *et al.*,<br><br>　　　Defendants. | Case No. 1:07cv00018 |

ORDER

Upon consideration of Plaintiffs' Motion for Enlargement of Time to Perfect Service, the lack of opposition thereto and the entire record herein it is this ___ day of April 2007,

ORDERED that the motion be and hereby is granted for good cause shown; and it is

FURTHER ORDERED that the deadline under Rule 4(m) is enlarged by 14 days.

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy
　　　　　　　　　　　　　　　　　　　　　　　　District Court Judge

Copies to: See next page

C. Michael Tarone
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006