**UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA**

**CIVIL DIVISION**

RECEIVED
JUL 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Robert Carroll and Monica Carroll        *
                                         *
                                         *
                                         *
         Plaintiff,                      *
                                         •    Case Number1:07CV00018
                                         •    Judge: Henry H. Kennedy
v.                                       *
                                         *
The Anyloan Company, et. al.             *
                                         *

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ANSWER TO COMPLAINT**

Comes Now, Will Purcell, named Defendant in the above captioned case, and in Answer to the Complaint, states the following:

1. Defendant currently lacks information to admit or deny allegations in paragraphs 1 through 14. Strict proof demanded.

2. Defendant denies the allegations of paragraph 15. Strict proof demanded.

3. Defendant currently lacks information to admit or deny allegations in paragraphs 16 through 49. Strict proof demanded

**DEFENDANT'S DEFENSES**

1. The Complaint fails to state a claim upon which relief can be granted.

2. The Defendant denies the operative allegations of the Complaint and denies liability.

3. The Complaint is barred by estoppel.

4. The Complaint is barred by laches.

5. The Complaint is barred by accord and satisfaction.

6. The Complaint is barred by novation.

7. The Complaint is barred by misrepresentation.

1

**WHEREFORE**, Defendant hereby respectfully requests:

A. That this Complaint be dismissed with prejudice and with costs to be paid by the Plaintiff;

B. That the Court award such other and further relief as to this Court may seem just and proper.

Respectfully Submitted,

June 1, 2007

*/s/ Will Purcell*
Will Purcell, Esq.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th of June a copy of this Answer was mailed or delivered to the following parties:

C. Michael Tarone
900 17th Street NW
Washington, DC 20006

*/s/ Will Purcell*
Will Purcell, Esq.