UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>  And<br><br>Monica Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>   Plaintiffs,<br><br>   v.<br><br>The Anyloan Company, *et al.*<br><br>   Defendants. | **Demand Jury Trial**<br><br><br><br><br>Civil Action No. _____ |

**INITIAL SCHEDULING CONFERENCE REPORT**

 **(a)** **TIME FOR CONFERENCE**

Counsel have not conferred as required under Rule 26(f).

For that reason, there have been no discussions under the requirement for a discovery plan on the following

  (1) Discuss the matters set forth in Rule 16.3(c).

  (2) Make or arrange for disclosures required by Rule 26(a)(1)

  (3) Develop a discovery plan that indicates the parties' views and proposals

**(b)    EXEMPTED CASES**

Under Paragraph (7) of pat (b), because of the proceedings In re: New Century Mortgage Corporation under the petition filed April 2, 2007, the automatic stay is effect as to The Anyloan Company, New Century Mortgage Corporation, New Century Financial Corporation and Home123 Corporation. Please see attached exhibit received from the petitioner in bankruptcy.

**(c)    MATTERS TO BE DISCUSSED BY THE PARTIES**.

There have been no discussions between the parties.

**(d)    REPORT TO THE COURT AND PROPOSED ORDER**.

This report is filed by Plaintiffs. The sole Defendant who answered the Complaint did not disclose a telephone number on the Answer. The only telephone number in the Defendant's name that was available from information has a voice recording stating that the number has been disconnected.

**(e)    RESPONSES TO APPENDIX I**

Plaintiffs request Track three.

                              Respectfully submitted,

Dated: August 3, 2007                    _____/s/_____
                                          C. Michael Tarone (D.C. Bar No. 159228)
                                          Karl & Tarone
                                          900 17th Street, NW, Suite 1250
                                          Washington, DC 20006

                                          Tel. (202) 293-3200
                                          Fax (202)429-1851)

                                          Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I, C. Michael Tarone, hereby certify that I have served a copy of the foregoing on the sole party who has answered the complaint electronically

        Will Purcell
        Mary Purcell & Associates
        1822 11th Street, NW
        Washington, DC 20001

        /s/_____
        C. Michael Tarone