UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT CARROLL and MONICA CARROLL,**  Plaintiffs, v. **THE ANYLOAN COMPANY,** et al., Defendants. | Civil Action 07-00018 (HHK) |

ORDER TO SHOW CAUSE

This case was called for an initial scheduling conference on August 3, 2007, at 12:00 noon. Counsel for plaintiff appeared but defendant Will Purcell, proceeding pro se, and who has filed an answer, did not. Accordingly it is this 8th day of August, 2007, hereby,

**ORDERED** that Will Purcell shall show cause in a filing that shall be docketed by no later than August 23, 2007, why he should not be sanctioned or a default entered in this case.

Henry H. Kennedy, Jr.
United States District Judge