UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*,<br><br>         Plaintiffs,<br><br>         v.<br><br>The Anyloan Company, *et al.*,<br><br>         Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:07cv00018<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING**

**Regarding Mailing Address for Will Purcell**

Plaintiffs, Robert and Monica Carroll, make disclosure regarding Will Purcell, based on the affidavit of Daniel Portnoy, a process server employed by Capitol Process Services (affidavit filed on the record in this matter). He represents in his sworn statement that he personally served Will Purcell (d/o/b 11/26/71) on May 22, 2007, at the following address:

Will Purcell, Esquire

1817 10th Street, NW

Washington, DC   20001

A second address for Will Purcell that <u>had been used</u> by him is as follows:

Will Purcell, Esquire

1822 11th Street, NW

Washington, DC   20001

                                        Respectfully submitted,

Dated: August 9, 2007                      _____/s/_____
                                        C. Michael Tarone (D.C. Bar No. 159228)
                                        Karl & Tarone
                                        900 17th Street, NW, Suite 1250
                                        Washington, DC 20006

                                        Tel. (202) 293-3200
                                        Fax (202)429-1851)

                                        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

     I, C. Michael Tarone, hereby certify that I have on 8/9/07 a copy of this notice was served (1) electronically on parties of record who have filed on the record, and (2) by first class mail, postage prepaid, as follows:

                        Will Purcell
                        1817 10th Street, NW
                        Washington, DC 20001.

                                        _____/s/_____
                                        C. Michael Tarone