# UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA
### CIVIL DIVISION

| | | |
|---|---|---|
| Robert Carroll and Monica Carroll | * | |
| | * | |
| | * | |
| | * | |
| Plaintiff, | * | Case Number1:07CV00018 |
| | • | Judge: Henry H. Kennedy |
| | • | |
| v. | * | |
| | * | |
| The Anyloan Company, et. al. | * | |
| | * | |

**************************************************************************

## PETITION TO SHOW CAUSE

Comes Now, Will Purcell, named Defendant in the above captioned case, and in response to the Show Cause Order entered, states the following:

1. That Petitioner did not receive any other correspondence from the Court prior to the Show Cause Order.

2. That the Show Cause Order was addressed incorrectly and Petitioner believes that any prior correspondence may have also been sent to the wrong address.

3. That other than being served with the Complaint the Petitioner was not notified of the scheduling conference in this case.

4. That Petitioner respectfully submits that a default order in this matter would deny said Petitioner Due Process and judicial fairness.

**WHEREFORE**, Petitioner respectfully requests:

A. That this Court find that this Petition sufficiently satisfies the Show Cause Order;
B. That the record reflect that the Petitioner's correct address is 1822 11th Street NW Washington, DC 20001.
C. That the Petitioner is afforded an opportunity to participate in all of the scheduled proceedings in this matter.

Respectfully Submitted,

_____
Will Purcell, Esq.

August 21, 2007

**RECEIVED**

AUG 2 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the _____ st of August a copy of the foregoing was mailed or delivered to the following parties:

D. Michael Tarone
900 17th Street NW
Washington, DC 20006