UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>  And<br><br>Monica Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>  Plaintiffs,<br><br>  v.<br><br>The Anyloan Company, *et al.*<br><br>  Defendants. | Civil Action No.1: 07cv0018<br>(HHK) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND MEMORANDUM IN SUPPORT**

Plaintiffs herein hereby move for entry of default judgment under Rule 55(a) against the following Defendants who were personally served with a Summons and a copy of the Complaint by a private process server, under the affidavits filed of record in this matter, but who failed to file an Answer:

  1. Renard Johnson, an individual;

  2. Cheryl A. Bruce, an individual;

  3. Apple Title of Maryland LLC, a limited liability company;

  4.  Apple Title International LLC, a limited liability company; and

  5.  Frank Okebugwu, an individual.

          Respectfully submitted,

Dated: October 11, 2007

          _____
          C. Michael Tarone (D.C. Bar No. 159228)
          Tarone & McLaughlin
          900 17th Street, NW, Suite 1250
          Washington, DC 20006

          Tel. (202) 293-3200
          Fax (202) 429-1851)

          Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

     I, C. Michael Tarone, hereby certify that on October 11, 2007, I served the foregoing was served on the sole Defendant who has entered an appearance in this matter or filed an Answer electronically and by first-class Mail, postage prepaid, as follows:

     Will Purcell
     1822 11th Street, NW
     Washington, DC 20001


_____
C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:07cv00018 |
| v. ) | (HHK) |
| ) | |
| The Anyloan Company, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

Upon consideration of Plaintiffs' Motion for Entry of Default Judgment, the opposition thereto and the entire record herein it is this __ day of October 2007,

ORDERED that the motion is granted for good cause shown; and it is

FURTHER ORDERED that default judgment is entered under Rule 55(a) against the following Defendants:

. 1.  Renard Johnson, an individual;
  2.  Cheryl A. Bruce, an individual;
  3.  Apple Title of Maryland LLC, a limited liability company;
  4.  Apple Title International LLC, a limited liability company; and
  5.  Frank Okebugwu, an individual.

SO ORDERED.

_____
Henry H. Kennedy
District Court Judge

Copies to: See next page

C. Michael Tarone
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006


Will Purcell, Esquire
1822 11th Street, NW
Washington, D.C. 20001

Pro Se