UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 1:07cv00018 |
| v. ) | |
| ) | |
| The Anyloan Company, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

**(Regarding Efforts to Communicate with Defendant Will Purcell)**

Plaintiffs, Robert and Monica Carroll, make disclosure regarding efforts to communicate with Will Purcell, a Defendant herein who is appearing *pro se*:

Ltr. from Tarone to Purcell (w/encl) of 9/10/07)

.

Respectfully submitted,

Dated: October 11, 2007         _____/s/_____
C. Michael Tarone (D.C. Bar No. 159228)
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006

Tel. (202) 293-3200
Fax (202)429-1851)

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I, C. Michael Tarone, hereby certify that on October 11, 2007, I served the foregoing was served on the sole Defendant who has entered an appearance in this matter or filed an Answer electronically and by first-class Mail, postage prepaid, as follows:

>Will Purcell
>1822 11th Street, NW
>Washington, DC 20001


                                                              _____
                                                              C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll )<br>3328 17th Street, NW )<br>Washington, DC 20010, )<br> )<br>And )<br> )<br>Monica Carroll )<br>3328 17th Street, NW )<br>Washington, DC 20010, )<br> )<br>Plaintiffs, )<br> )<br>v. )<br> )<br>The Anyloan Company, *et al.* )<br> )<br>Defendants. )<br>_____ ) | Civil Action No.1: 07cv0018<br>(HHK) |

**RULE 26(A) AUTOMATIC DISCLOSURES
OF PLAINTIFF ROBERT L. CARROLL**

Plaintiff Robert Carroll files this amended Rule 26(a) disclosure statement under LCvR 26.3, following the filing of the First Amended Complaint on August 2, 3007, under LcvR 15.1. Plaintiff has proceeded under the face-to-face requirements of LcvR 16.3, Comments, and Fed. R. Civ. P. 26(f).

Matters Discussed by the Parties at Rule 26(f) Conference

Matters discussed by the parties under Rule 26(a) and LcvR 16.3 are identified below.



Rule 16.3(c)(1) Requirements

Rule 16.3(c)(2) Requirements

Rule 16.3(c)(3) Requirements

Rule 16.3(c)(4) Requirements

Rule 16.3(c)(5) Requirements

Rule 16.3(c)(6) Requirements

Rule 16.3(c)(7) Requirements

Rule 16.3(c)(8) Requirements

Rule 16.3(c)(9) Requirements

Rule 16.3(c)(10) Requirements

Rule 16.3(c)(11) Requirements

### Rule 16.3(c)(12) Requirements

### Rule 16.3(c)(13) Requirements

### Rule 16.3(c)(14) Requirements

### Rule 26(e) Supplementation of Disclosures and Responses

### Certification of Report to the Court

                                            Respectfully submitted,

September 10, 2007

                                            _____
                                            C. Michael Tarone, Esquire
                                            Bar No. 159228
                                            Karl & Tarone
                                            900 17th Street, N.W.
                                            Washington, DC 20006

                                            (Tel) 202- 293-3200
                                            (Fax) 202-429-1851

                                            Counsel for Plaintiff
                                            Robert Carroll

## CERTIFICATE OF SERVICE

      I, C. Michael Tarone, hereby certify that on September 10, 2007, I served the foregoing opposition was served on Defendant electronically as follows:

>Will Purcell
>1822 11th Street, NW
>Washington, DC 20001


                                                 _____
                                                 C. Michael Tarone