UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll <br> 3328 17th Street, NW <br> Washington, DC 20010, <br><br> <u>And</u> <br><br> Monica Carroll <br> 3328 17th Street, NW <br> Washington, DC 20010, <br><br>    <u>Plaintiffs</u>, <br><br>    <u>  v.</u> <br><br> The Anyloan Company, *et al.* <br><br>    <u> Defendants. </u> | Civil Action No.1: 07cv0018 <br> (HHK) |

**MOTION FOR ENTRY OF DEFAULT JUDGMENT
AND MEMORANDUM IN SUPPORT**
(As Corrected)

  Plaintiffs herein hereby move for entry of default judgment under Rule 55(a) against the following Defendants who were personally served with a Summons and a copy of the Complaint by a private process server, under the affidavits filed of record in this matter, but who failed to file an Answer:

    1.  Renard Johnson, an individual;

    2.  Cheryl A. Bruce, an individual;

    3.  Apple Title of Maryland LLC, a limited liability company;

    4.       Apple Title International LLC, a limited liability company; and

    5.       Frank Okebugwu, an individual.

                            Respectfully submitted,

Dated: October 11, 2007                     _____/s/_____
                                                C. Michael Tarone (D.C. Bar No. 159228)
                                                Tarone & McLaughlin
                                                900 17th Street, NW, Suite 1250
                                                Washington, DC 20006

                                                Tel. (202) 293-3200
                                                Fax (202) 429-1851)

                                                Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

      I, C. Michael Tarone, hereby certify that on October 11, 2007, I served the foregoing was served on the sole Defendant who has entered an appearance in this matter or filed an Answer electronically and by first-class Mail, postage prepaid, as follows:

      Will Purcell
      1822 11th Street, NW
      Washington, DC 20001

      _____/s/_____
      C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Carroll, *et al.*,

    Plaintiffs,

    v.

The Anyloan Company, *et al.*,

    Defendants.

Case No. 1:07cv00018
(HHK)

**ORDER**

Upon consideration of Plaintiffs' Motion for Entry of Default Judgment, the opposition thereto and the entire record herein it is this __ day of October 2007,

ORDERED that the motion is granted for good cause shown; and it is

FURTHER ORDERED that default judgment is entered under Rule 55(a) against the following Defendants:

1. Renard Johnson, an individual;
2. Cheryl A. Bruce, an individual;
3. Apple Title of Maryland LLC, a limited liability company;
4. Apple Title International LLC, a limited liability company; and
5. Frank Okebugwu, an individual.

SO ORDERED.

                                                     Henry H. Kennedy
                                                   District Court Judge

Copies to: See next page

C. Michael Tarone
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006


Will Purcell, Esquire
1822 11th Street, NW
Washington, D.C.  20001

Pro Se