UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Robert Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>    And<br><br>Monica Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>    Plaintiffs,<br><br>    v.<br><br>The Anyloan Company, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.1: 07cv0018<br>(HHK) |

**PLAINTIFFS' AMENDED AND RESTATED MOTION FOR ENTRY
OF DEFAULT JUDGMENT AND MEMORANDUM IN SUPPORT**

Plaintiffs herein hereby move for entry of default judgment under Rule 55(a) against the

following Defendants who were personally served with a Summons and a copy of the Complaint

by a private process server, under the affidavits of service, on the following Defendants:

    1.    Renard Johnson, an individual;

    2.    Cheryl A. Bruce, an individual;

    3.    Apple Title of Maryland LLC, a limited liability company;

    4.    Apple Title International LLC, a limited liability company; and

5.     Frank Okebugwu, an individual.

6.     Will Purcell.

This motion is accompanied by affidavits in support of default for each of the six

Defendants and the affidavits of the process server that are attached thereto.

| Named Defendant | Affidavit In Support of Default | Attachment of Affidavit of Process Server to the Affidavit in support of Default |
|---|---|---|
| Will Purcell | Attached as **Exhibit 1** | Attached to Affidavit in Support of Default |
| Renard Johnson | Attached as **Exhibit 2** | Attached to Affidavit in Support of Default |
| Cheryl A. Bruce | Attached as **Exhibit 3** | Attached to Affidavit in Support of Default |
| Apple Title of Maryland LLC | Attached as **Exhibit 4** | Attached to Affidavit in Support of Default |
| Apple Title International LLC | Attached as **Exhibit 5** | Attached to Affidavit in Support of Default |
| Frank Okebugwu | Attached as **Exhibit 6** | Attached to Affidavit in Support of Default |

WHEREFORE Plaintiffs respectfully request that default be entered.

Respectfully submitted,

Dated: October 25, 2007

_____/s/_____

C. Michael Tarone (D.C. Bar No. 159228)
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006

Tel. (202) 293-3200
Fax (202) 429-1851)

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, C. Michael Tarone, hereby certify that on October 25, 2007, I served the foregoing was served on the sole Defendant who has entered an appearance in this matter or filed an Answer electronically and by first-class mail, postage prepaid, as follows:

Will Purcell
1822 11th Street, NW
Washington, DC 20001


_____/s/_____
C. Michael Tarone

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll, *et al.*, )<br><br>Plaintiffs, )<br><br>v. )<br><br>The Anyloan Company, *et al.*, )<br><br>Defendants. ) | Case No. 1:07cv00018<br>(HHK) |

**ORDER**

Upon consideration of Plaintiffs' Motion for Entry of Default Judgment, the opposition thereto

and the entire record herein it is this __ day of October 2007,

ORDERED that the motion is granted for good cause shown; and it is

FURTHER ORDERED that default judgment is entered under Rule 55(a) against the

following Defendants, under the Affidavits in Support of Default and the attachments thereto, as follows:

> 1. Renard Johnson, an individual;
> 2. Cheryl A. Bruce, an individual;
> 3. Apple Title of Maryland LLC, a limited liability company;
> 4. Apple Title International LLC, a limited liability company;
> 5. Frank Okebugwu, an individual; and
> 6. Will Purcell, an individual.

SO ORDERED.

_____
Henry H. Kennedy
District Court Judge

Copies to: See next page

C. Michael Tarone
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006

Will Purcell, Esquire
1822 11th Street, NW
Washington, D.C.  20001

*Pro Se*

Exhibit 1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll )<br>3328 17th Street, NW )<br>Washington, DC 20010, )<br> )<br>    And )<br> )<br>Monica Carroll )<br>3328 17th Street, NW )<br>Washington, DC 20010, )<br> )<br>    Plaintiffs, )<br> )<br>    v. )<br> )<br>The Anyloan Company, *et al.* )<br> )<br>    Defendants. )<br> ) | Civil Action No.1:07cv0018 (HHK) |

### AFFIDAVIT IN SUPPORT OF DEFAULT

### (Re: Defendant Will Purcell)

I hereby certify under penalty of perjury, this **25th** day of **October, 2007**, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **WILL PURCELL** was personally served with process on **May 22, 2007**. The Affidavit of the process server is attached. The Affidavit of the process server is attached.

Personal jurisdiction over non-resident Defendant is based on Defendant Renard Johnson's continuous and systematic contacts with the District of Columbia involving business transactions with residents of the District of Columbia and mortgages secured by homes located in the District of Columbia. In the case at issue here, Plaintiffs, who are residents of the District of Columbia, placed a mortgage on their residence located in the District of Columbia, in an amount

in excess of $200,000.

Defendant Renard Johnson is the principal of the Defendant title company, operated and owned the agency and the agency, through its agents, falsified a key loan document. The fraudulent document in violation of federal and district law. Based on information and belief, Defendant had substantial and regular contacts with the DC that establish the basis for personal jurisdiction.

I further certify under penalty of perjury that no appearance has been entered by said Defendant. A pleading has been filed. It was an Answer *pro se*. But Purcell failed to appear in Court under a directive that he do so. No extension has been given and the time for responding to the directive expired.

Based on information and belief, Defendant is neither an infant nor an incompetent person so adjudged by law.

The Clerk is requested to enter a Default against said Defendant.

C. Michael Tarone (D.C. Bar No. 159228)
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202) 429-1851

Counsel for Plaintiffs

05/22/2007   12:03   CAPITOL PROCESS SERVICES → 4291851

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Carroll and Monica Carroll,

    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

       V.

The Anyloan Company, et. at.

CASE N

CASE NUMBER  1:07CV00018

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 01/04/2007

TO: (Name and address of Defendant)

Will Purcell, c/o Mary Purcell & Associates, 1823 11th
Street, NW, Washington, DC  20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC  20006
(202) 293-3200, ext. 223)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

(BY) DEPUTY CLERK

JAN - 4 2007

DATE

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.

vs.

The Anyloan Company, et al.

### No. 1:07CV00018

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

    That my date of birth / age is 11-26-1971.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 7:08 am on May 21, 2007, I served Will Purcell at 1817 10th Street, NW, Washington, DC 20001 by serving Will Purcell, personally. Described herein:

    SEX- MALE
    AGE- 45
 HEIGHT- 5'10"
   HAIR- BALD
 WEIGHT- 170
   RACE- BLACK

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on _5-22-07_
          Date

                         DANIEL F. PORTNOY
                         1827 18th Street, N.W.,
                         Washington, D.C. 20009
                         Our File#- 187050

Exhibit 2

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>  And<br><br>Monica Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>   Plaintiffs,<br><br>   v.<br><br>The Anyloan Company, *et al.*<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.1:07cv0018 (HHK)

### AFFIDAVIT IN SUPPORT OF DEFAULT

### (Re: Defendant Renard Johnson)

  I hereby certify under penalty of perjury, this **25th** day of **October, 2007**, that I am the

attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **RENARD**

**JOHNSON** was personally served with process on **APRIL 30, 2007**. The Affidavit of the

process server is attached.

  Personal jurisdiction over non-resident Defendant is based on Defendant Renard

Johnson's continuous and systematic contacts with the District of Columbia involving business

deals that, based on information and belief, involve residents of the District of Columbia and

mortgages secured by homes located in the District of Columbia. In the case at issue here,

Plaintiffs, who are residents of the District of Columbia, placed a mortgage on their residence

located in the District of Columbia, in an amount in excess of $200,000.

Defendant Renard Johnson is the principal of the Defendant title company, operated and owned the agency and the agency, through its agents, falsified a key loan document. The fraudulent document in violation of federal and district law. Based on information and belief, Defendant had substantial contacts with the DC that establish the basis for personal jurisdiction.

I further certify under penalty of perjury that no appearance has been entered by said Defendant; no pleading has been filed and none served upon the attorney for the Plaintiffs by Defendant; and no extension has been given and the time for filing has expired.

Based on information and belief, Defendant is neither an infant nor an incompetent person so adjudged by law.

The Clerk is requested to enter a Default against said Defendant.


C. Michael Tarone (D.C. Bar No. 159228)
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202) 429-1851

Counsel for Plaintiffs

05/08/2007    16:58    CAPITOL PROCESS SERVICES → 2024291851                    NO.804    P12

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Carroll and Monica Carroll,

    Plaintiffs,

              **SUMMONS IN A CIVIL CASE**

        **V.**

The Anyloan Company, et. at.

                    CASE NUMBER   1:07CV00018

              **CASE**    JUDGE: Henry H. Kennedy

                    DECK TYPE: General Civil

                    DATE STAMP: 01/04/2007

        TO: (Name and address of Defendant)

Renard D. Johnson, 8605 Cameron Street, Suite 300,
Silver Spring, MD 20910

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
(202) 293-3200, ext. 223)

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN - 4 2007

CLERK

_____          DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.

vs.

The Anyloan Company, et al.

## No. 1:07CV00018

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:15 pm on April 28, 2007, I served Renard D. Johnson at 13109 English Turn Drive, Silver Spring, Maryland 20904 by serving Renard D. Johnson, personally. Described herein:

```
  SEX-    MALE
  AGE-    40
HEIGHT-   6'1"
  HAIR-   SHAVED
WEIGHT-   185
 RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___4 . 30 . 07___
              Date

_____
FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187046

Exhibit 3

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Robert Carroll ) | |
| 3328 17th Street, NW ) | |
| Washington, DC 20010, ) | |
| ) | |
| <u>And</u> ) | |
| ) | |
| Monica Carroll ) | Civil Action No.1:07cv0018 (HHK) |
| 3328 17th Street, NW ) | |
| Washington, DC 20010, ) | |
| ) | |
| <u>Plaintiffs</u>, ) | |
| ) | |
| <u>v</u>. ) | |
| ) | |
| The Anyloan Company, *et al.* ) | |
| ) | |
| <u>Defendants.</u> ) | |
| ) | |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

**(Re: Defendant Cheryl Bruce)**

I hereby certify under penalty of perjury, this **25th** day of **October, 2007**, that I am the

attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **CHERYL**

**BRUCE** was personally served with process on **May 2, 2007**. The Affidavit of the process server

is attached.

Under the Complaint ¶ 18, it is alleged that "Defendant **Cheryl A. Bruce** was at all times

relevant to this Complaint a member of Apple Title International, LLC and she has been

appointed as the Member responsible for winding up the affairs of Apple Title International,

formerly `Apple Title of Maryland, LLC.'"

Under the Complaint ¶ 12, Plaintiffs assert as follows:

     12.     Defendant **Apple Title of Maryland, LLC**, a Maryland limited liability company formed on 3/28/02, is located at 8605 Cameron Street, Suite 300, Silver Spring, MD 20910. Apple Title of Maryland, LLC was the settlement agent for the 1/05/04 finance transaction. Apple Title of Maryland, LLC was formerly known as "Esquire Title & Escrow Co., LLC," which was formed on 3/28/02. Esquire Title & Escrow Co., LLC changed its name to "Apple Title of Maryland, LLC" on 5/29/02. Apple Title of Maryland, LLC changed its name to Apple Title International, LLC on 5/05/04. Apple Title International, LLC filed Articles of Cancellation on 11/22/05, and Cheryl A. Bruce was the designated agent for winding up its affairs.

Under the Complaint ¶ 13, it provides: "Defendant **Apple Title International LLC** is the name of the former Apple Title of Maryland LLC."

Affidavits regarding the defaults of the two entities have been filed in this action: Apple Title International LLC is the name of the former Apple Title of Maryland LLC.

Personal jurisdiction over non-resident Defendant **Cheryl Bruce** is grounds that are the same as those asserted as to Renard Johnson. Renard Johnson, through his companies and in his own capacity engaged in continuous and systematic contacts with the District of Columbia involving business deals that, based on information and belief, residents of the District of Columbia and mortgages secured by homes located in the District of Columbia. In the case at issue here, Plaintiffs, who are residents of the District of Columbia, placed a mortgage on their residence located in the District of Columbia, in an amount in excess of $200,000.

Apple Title of Maryland, LLC and Apple Title International, LLC are the companies that were operated by Defendant Renard Johnson. Based on information and belief, **Cheryl Bruce** was directly involved in those companies. Renard Johnson is the principal of those companies. Based on information and belief, **Cheryl Bruce** had substantial contacts with the DC that establish the

basis for personal jurisdiction.

I further certify under penalty of perjury that no appearance has been entered by said Defendant; no pleading has been filed and none served upon the attorney for the Plaintiffs by Defendant; and no extension has been given and the time for filing has expired.

Based on information and belief, Defendant is neither an infant nor an incompetent person so adjudged by law.

The Clerk is requested to enter a Default against said Defendant.

C. Michael Tarone (D.C. Bar No. 159228)
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202) 429-1851

Counsel for Plaintiffs

Page 3

05/08/2007  16:58   CAPITOL PROCESS SERVICES → 2024291851                                 NO.804   ᗡ14

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Carroll and Monica Carroll,

    Plaintiffs,

**SUMMONS IN A CIVIL CASE**

     V.

The Anyloan Company, et. at.

CASE NUMBER  1:07CV00018

JUDGE: Henry H. Kennedy

CASE NUM1    DECK TYPE: General Civil

DATE STAMP: 01/04/2007

TO: (Name and address of Defendant)

Lakelly A. Bruce, c/o Apple Title International LLC, 8605
Cameron Street, Suite 300, Silver Spring, MD 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
(202) 293-3200, ext. 223)

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN - 4 2007

CLERK                                      DATE

(By) DEPUTY CLERK

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.

vs.

The Anyloan Company, et al.

### No. 1:07CV00018

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 6:15 am on May 1, 2007, I served Cheryl A. Bruce at 18513 Charity Lane, Accokeek, Maryland 20607 by serving Cheryl A. Bruce, personally.  Described herein:

```
   SEX-   FEMALE
   AGE-   40
HEIGHT-   5'7"
  HAIR-   BLACK
WEIGHT-   135
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___5/2/07___
              Date

MELVIN M. SHAPIRO
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187051

Exhibit 4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>    And<br><br>Monica Carroll<br>3328 17th Street, NW<br>Washington, DC 20010,<br><br>    Plaintiffs,<br><br>    v.<br><br>The Anyloan Company, *et al.*<br><br>    Defendants. | Civil Action No.1:07cv0018 (HHK) |

### AFFIDAVIT IN SUPPORT OF DEFAULT

### (Re: Defendant Apple Title of Maryland, LLC)

I hereby certify under penalty of perjury, this **25th** day of **October, 2007**, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant **APPLE TITLE OF MARYLAND, LLC** was personally served with process on **April 30, 2007**, by service on its principal, Renard Johnson. The Affidavit of the process server is attached.

Under the Complaint ¶ 12, Plaintiffs assert as follows:

    12.    Defendant **Apple Title of Maryland, LLC**, a Maryland limited liability company formed on 3/28/02, is located at 8605 Cameron Street, Suite 300, Silver Spring, MD 20910. Apple Title of Maryland, LLC was the settlement agent for the 1/05/04 finance transaction. Apple Title of Maryland, LLC was formerly known as "Esquire Title & Escrow Co., LLC," which was formed on 3/28/02. Esquire Title & Escrow Co., LLC changed its name to "Apple Title of Maryland, LLC" on 5/29/02. Apple Title of Maryland, LLC changed its name to Apple

Title International, LLC on 5/05/04. Apple Title International, LLC filed Articles of Cancellation on 11/22/05, and Cheryl A. Bruce was the designated agent for winding up its affairs.

Under the Complaint, Renard Johnson was, based on information and belief, the owner and operator of Apple Title of Maryland, LLC and Apple International, LLC, and he was a managing agent and officer thereof.

Personal jurisdiction over non-resident Defendant Apple Title of Maryland, LLC is based on its continuous and systematic contempt with the District of Columbia involving business deals that, based on information and belief, residents of the District of Columbia and mortgages secured by homes located in the District of Columbia. In the case at issue here, Plaintiffs, who are residents of the District of Columbia, placed a mortgage on their residence located in the District of Columbia, in an amount in excess of $200,000, and in that transaction, Apple Title of Maryland, LLC was the settlement agent.

Defendant Apple Title of Maryland, LLC, which is a real estate settlement and title company, acting through its agents who falsified a key loan document. The fraudulent document in violation of federal and district law. Based on information and belief, Defendant had substantial contacts with the District of Columbia that establish the basis for personal jurisdiction.

I further certify under penalty of perjury that no appearance has been entered by said Defendant; no pleading has been filed and none served upon the attorney for the Plaintiffs by Defendant; and no extension has been given and the time for filing has expired.

Based on information and belief, Defendant is neither an infant nor an incompetent person so adjudged by law.

The Clerk is requested to enter a Default against said Defendant.

C/ Michael Tarone (D.C. Bar No. 159228)
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202) 429-1851

Counsel for Plaintiffs

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Carroll and Monica Carroll,

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

The Anyloan Company, et. at.

CASE NUMBER  1:07CV00018

CASE ?

JUDGE: Henry H. Kennedy

DECK TYPE: General Civil

DATE STAMP: 01/04/2007

TO: (Name and address of Defendant)

Apple Title of Maryland LLC, 8605 Cameron Street, Suite
300, Silver Spring, MD 20910

Serve: Renard D. Johnson

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
(202) 293-3200, ext. 223)

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN - 4 2007

CLERK                                      DATE

_By DEPUTY CLERK_

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA


Robert Carroll, et al.

vs.

The Anyloan Company, et al.

### No. 1:07CV00018

### AFFIDAVIT OF SERVICE

to wit: Washington, DC


I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:15 pm on April 28, 2007, I served Apple Title of Maryland LLC c/o Renard D. Johnson, Officer at 13109 English Turn Drive, Silver Spring, Maryland 20904 by serving Renard D. Johnson, Officer, authorized to accept. Described herein:

```
  SEX-    MALE
  AGE-    40
HEIGHT-   6'1"
  HAIR-   SHAVED
WEIGHT-   185
  RACE-   BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on 4.30.07
          Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187041

Exhibit 5

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

Robert Carroll                              )
3328 17th Street, NW             )
Washington, DC 20010,                       )
                                            )
    And                 )
                                            )
Monica Carroll                              )          Civil Action No.1:07cv0018 (HHK)
3328 17th Street, NW             )
Washington, DC 20010,                       )
                                            )
    Plaintiffs,          )
                                            )
    v.                   )
                                            )
The Anyloan Company, *et al.*               )
                                            )
    Defendants.           )
                                            )

## AFFIDAVIT IN SUPPORT OF DEFAULT

### (Re: Defendant Apple Title International, LLC)

I hereby certify under penalty of perjury, this **25th** day of **October, 2007**, that I am the

attorney of record for the plaintiff in the above-entitled case; that the defendant **APPLE TITLE**

**INTERNATIONAL, LLC** was personally served with process on **April 30, 2007**, by service on

its principal, Renard Johnson. The Affidavit of the process server is attached.

Under the Complaint ¶ 12, Plaintiffs assert as follows:

12.    Defendant **Apple Title of Maryland, LLC**, a Maryland limited
liability company formed on 3/28/02, is located at 8605 Cameron Street, Suite 300,
Silver Spring, MD 20910. Apple Title of Maryland, LLC was the settlement agent
for the 1/05/04 finance transaction. Apple Title of Maryland, LLC was formerly
known as "Esquire Title & Escrow Co., LLC," which was formed on 3/28/02.
Esquire Title & Escrow Co., LLC changed its name to "Apple Title of Maryland,
LLC" on 5/29/02. Apple Title of Maryland, LLC changed its name to Apple

Title International, LLC on 5/05/04. Apple Title International, LLC filed Articles of Cancellation on 11/22/05, and Cheryl A. Bruce was the designated agent for winding up its affairs.

Under the Complaint ¶ 13, it provides: "Defendant **Apple Title International LLC** is the name of the former Apple Title of Maryland LLC."

Under the Complaint, Renard Johnson was, based on information and belief, the owner and operator of Apple Title of Maryland, LLC and **Apple International, LLC.**

Personal jurisdiction over non-resident Defendant **Apple Title International, LLC** is based on its continuous and systematic contempt with the District of Columbia involving business deals that, based on information and belief, residents of the District of Columbia and mortgages secured by homes located in the District of Columbia. In the case at issue here, Plaintiffs, who are residents of the District of Columbia, placed a mortgage on their residence located in the District of Columbia, in an amount in excess of $200,000, and in that transaction, **Apple Title International, LLC** is a company that, based on information and belief, is related to and was involved in the transaction that resulted in the wrongs alleged in the Complaint and that involved Apple Title of Maryland, LLC as the settlement agent.

Defendant **Apple Title International, LLC**, based on information and belief, engaged in a real estate settlement involving the Plaintiffs. Based on information and belief, its agents and/or those of Apple Title of Maryland, LLC falsified a key loan document. The fraudulent document in violation of federal and district law. Based on information and belief, Defendant had substantial contacts with the District of Columbia that establish the basis for personal jurisdiction.

I further certify under penalty of perjury that no appearance has been entered by said

Defendant; no pleading has been filed and none served upon the attorney for the Plaintiffs by

Defendant; and no extension has been given and the time for filing has expired.

Based on information and belief, Defendant is neither an infant nor an incompetent person

so adjudged by law.

The Clerk is requested to enter a Default against said Defendant.


C. Michael Tarone (D.C. Bar No. 159228)
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202) 429-1851

Counsel for Plaintiffs

AO440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Carroll and Monica Carroll,

Plaintiffs,

**SUMMONS IN A CIVIL CASE**

V.

The Anyloan Company, et. at.

CASE NUMBER  1:07CV00018

JUDGE: Henry H. Kennedy

**CASE NU**

DECK TYPE: General Civil

DATE STAMP: 01/04/2007

TO: (Name and address of Defendant)

Apple Title International LLC, 8605 Cameron Street, Suite 300, Silver Spring, MD 20910
Serve: Renard D. Johnson

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
(202) 293-3200, ext. 223)

an answer to the complaint which is served on you with this summons, within _____**20**_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    JAN - 4 2007

CLERK                                                            DATE

(BY) DEPUTY CLERK

## U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.

vs.

The Anyloan Company, et al.

### No. 1:07CV00018

#### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, FREDERICK PARSONS, JR., having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 12-18-1965.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 12:15 pm on April 28, 2007, I served Apple Title International LLC c/o Renard D. Johnson, Officer at 13109 English Turn Drive, Silver Spring, Maryland 20904 by serving Renard D. Johnson, Officer, authorized to accept.  Described herein:

| | |
|---|---|
| SEX- | MALE |
| AGE- | 40 |
| HEIGHT- | 6'1" |
| HAIR- | SHAVED |
| WEIGHT- | 185 |
| RACE- | BLACK |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN OF SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___4.30.07___
Date

FREDERICK PARSONS, JR.
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187052

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll ) | |
| 3328 17th Street, NW ) | |
| Washington, DC 20010, ) | |
| ) | |
| <u>And</u> ) | |
| ) | |
| Monica Carroll ) | Civil Action No.1:07cv0018 (HHK) |
| 3328 17th Street, NW ) | |
| Washington, DC 20010, ) | |
| ) | |
| <u>Plaintiffs</u>, ) | |
| ) | |
| <u>v.</u> ) | |
| ) | |
| The Anyloan Company, *et al.* ) | |
| ) | |
| <u>Defendants.</u> ) | |
| ) | |

### AFFIDAVIT IN SUPPORT OF DEFAULT

### (Re: Defendant Frank Okebugwu)

I hereby certify under penalty of perjury, this **25th** day of **October, 2007**, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) **FRANK OKEBUGWU** was personally served with process on **May 10, 2007**. The Affidavit of the process server is attached.

Under the Complaint ¶¶ 20 and 21 it alleges as follows:

20.     Defendant **American Residential Funding, Inc.**, a California corporation, having had it place of business at 9200 Basil Court, Suite 100, Upper Marlboro, MD 20774, is a mortgage brokerage firm.  American Residential Funding, Inc. was authorized to do business in Maryland on 3/30/00 and terminated its qualification to do business in Maryland as a foreign corporation on 5/09/05. Its principal place of business is 3200 Costa Mesa Avenue, 7th Floor, Costa Mesa, CA 92626. At all times material to

the complaint, American Residential Funding was licensed as a mortgage broker under Maryland and District of Columbia law. American Residential Funding acted as the intermediary that brought the Carrolls, as borrowers, together with The Anyloan Company in January 2004.

21.    Defendant **Frank Okebugwu** is a resident of Maryland and was a mortgage broker employed by American Residential Funding Services at all times material to this complaint. The Carrolls were clients of Okebugwu and he personally provided all times material to this Complaint. Okebugwu was not licensed as a mortgage broker as required District of Columbia law.

Personal jurisdiction over non-resident Defendant **Frank Okebugwu** is based on his continuous and systematic contacts with the District of Columbia involving business deals that, based on information and belief, involved residents of the District of Columbia and mortgages secured by homes located in the District of Columbia. While acting as mortgage broker, he was not licenced to engage in this activity as required by District of Columbia law. In the case at issue here, Plaintiffs, who are residents of the District of Columbia, placed a mortgage on their residence located in the District of Columbia, in an amount in excess of $200,000, and in that transaction, **Frank Okebugwu** acted as the mortgage broker and was directly involved in the transaction that resulted in the wrongs alleged in the Complaint.

Defendant **Frank Okebugwu** engaged in the real estate mortgage business and the placement of a mortgage involving the Plaintiffs. He was directly involved in statutory wrongs that injured the Plaintiffs. Based on information and belief, Defendant **Frank Okebugwu** had substantial contacts with the District of Columbia that establish the basis for personal jurisdiction.

I further certify under penalty of perjury that no appearance has been entered by said Defendant; no pleading has been filed and none served upon the attorney for the Plaintiffs by Defendant; and no extension has been given and the time for filing has expired.

Based on information and belief, Defendant is neither an infant nor an incompetent person so adjudged by law.

The Clerk is requested to enter a Default against said Defendant.

C. Michael Tarone (D.C. Bar No. 159228)
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
Tel. (202) 293-3200
Fax (202) 429-1851

Counsel for Plaintiffs

05/17/2007   08:35   CAPITOL PROCESS SERVICES → 4291851                NO.901   D02

AO 440 (Rev. DC- September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Carroll and Monica Carroll,

    Plaintiffs,

                                 **SUMMONS IN A CIVIL CASE**

        V.

The Anyloan Company, et. at.

                           CASE NUMBER 1:07CV00018

            CASE    JUDGE: Henry H. Kennedy

                         DECK TYPE: General Civil

                         DATE STAMP: 01/04/2007

               TO: (Name and address of Defendant)

Frank Okekugwu, c/o Smith-Myers Corporation, 9200 Basil
Court, Suite 100, Upper Marlboro, MD 20774

     **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

C. Michael Tarone, Esquire
Karl & Tarone
900 17th Street, NW, Suite 1250
Washington, DC 20006
(202) 293-3200, ext. 223)

an answer to the complaint which is served on you with this summons, within       **20**       days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

**NANCY** MAYER-WHITTINGTON      JAN - 4 2007

CLERK                                DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.

vs.

The Anyloan Company, et al.

### No. 1:07CV00018

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, L H ULRICH, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order and Complaint in the above entitled case, hereby depose and say:

That my date of birth / age is 04-22-1951.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 7:15 pm on May 8, 2007, I served Frank Okebugwu at 11209 Snowden Pond Road, Laurel, Maryland 20708 by serving Mrs. Okebugwu, wife, a person of suitable age and discretion who stated she resides therein with the defendant.  Described herein:

```
   SEX-    FEMALE
   AGE-    38
HEIGHT-    5'7"
  HAIR-    RED
WEIGHT-    165
  RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the RETURN of SERVICE and STATEMENT OF SERVICE FEES is true and correct.

Executed on ___5-10-07___
           Date

L H ULRICH
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 187048