UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Robert Carroll )<br>3328 17th Street, NW )<br>Washington, DC 20010, )<br> )<br>    And )<br> )<br>Monica Carroll )<br>3328 17th Street, NW )<br>Washington, DC 20010, )<br> )<br>        Plaintiffs, )<br> )<br>        v. )<br> )<br>The Anyloan Company, *et al.* )<br> )<br>        Defendants. ) | Civil Action No.1:07cv0018 (HHK) |

**MILITARY AFFIDAVIT**

**(Re: Will Purcell)**

(Certificate in Compliance with Soldiers and Sailors
Civil Relief Act of 1940, As Amended in 1942 & 1960
Title 50, Appendix, Section 520, United States Code)

I hereby certify under penalty of perjury, this **16th** day of **November, 2007**, that I am the duly authorized agent of the Plaintiffs in the above-listed case and make this certificate in Plaintiffs' behalf.

I make this certification, under the terms and conditions of the investigation described below, pursuant to the provisions of the Soldiers and Sailors Civil Act of 1940 and the provisions of the Soldiers and Sailors Civil Relief Act Amendments of 1942 and 1960; that on behalf of the Plaintiffs, I have caused investigation described below to ascertain whether or not the above-

named Defendant is in the military service of the United States or its Allies and that as result of said investigation, I have discovered and do hereby allege that said Defendant is not in the military service of the United States or its Allies, that is to say said Defendant is not a member of the Army of the United States, the United States Navy, the Marine Corps, the Coast Guard and is not an officer of the public Health Service detailed by proper authority for duty either with the Army or Navy, and said Defendant is not on active duty with any branches aforesaid, nor is said Defendant under training or education under the supervision of the United States preliminary to induction into the military services; and the Defendant is not serving with the forces of any nation with which the United States is allied in the prosecution of any war, nor has said Defendant been ordered to report for induction under the Selective Training and Service Act of 1940, as amended, nor is the Defendant a member of the Enlisted Reserve Corps ordered to report for military service, but is engaged in civilian activities.

The investigation I completed is as follows:

1.	Based on information and belief, Will Purcell is, according to the Maryland Court of Appeals, under its electronic website, a practicing member of the Bar. It shows on its public website  (http://www.courts.md.us/cgi-bin)  his telephone number to be 202-518-2900 and his address to be 1822 11th Street, N.W., Washington, DC, 20001.

2.	Mr. Purcell's voice mail message identifies him as a member of the Purcell Law Group. A message was left for him to return my call to him on November 7 or 8, 2007. He did not do so. He filed an answer to this underlying proceeding but failed to appear in court when directed to do so.

3.      During 2006 and currently, Mr. Purcell is considered to be an attorney in private practice and not serving in the military, as the initial paragraph sets out in its certification .

Based on the information stated in the initial paragraphs above, the undersigned makes the representations regarding military service, and believes that Mr. Purcell is a civilian at this time.

November 16, 2007                              /s/ C. Michael Tarone
                                                     C. Michael Tarone (D.C. Bar No. 159228)
                                                     Tarone & McLaughlin
                                                     900 17th Street, NW, Suite 1250
                                                     Washington, DC 20006
                                                     Tel. (202) 293-3200
                                                     Fax (202) 429-1851

                                                     Counsel for Plaintiffs

                                                     ROBERT CARROLL
                                                     MONICA CARROLL

## CERTIFICATE OF SERVICE

I, C. Michael Tarone, hereby certify that on November 16, 2007, I served the foregoing was served on the sole Defendant who has entered an appearance in this matter or filed an Answer electronically and by first-class mail, postage prepaid, as follows:

>Will Purcell
>1822 11th Street, NW
>Washington, DC 20001

>/s/ C. Michael Tarone
>C. Michael Tarone