CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al., _____
　　　　Plaintiff(s)

vs.　　　　　　　　　　　　　　　　　　　Civil Action No. 1:07cv0018(HHK)

The Anyloan Company, et al. _____
　　　　Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

　　I hereby certify under penalty of perjury, this __27th__ day of __April_____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Frank Okekugwu _____
was [were] (select one):

　☑　personally served with process on __5/8/07_____.

　☐　served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____.

　☐　served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

　☑　The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: __D.C. Code 13-423 (a) (1), (2), and (4)_____.

　　I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)
　☑　no extension has been given and the time for filing has expired
　☐　although an extension has been given, the time for filing has expired;
and the defendant is neither an infant nor an incompetent person.

　　The Clerk is requested to enter a Default against said defendant(s).

　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff(s) [signature]

　　　　　　　　　　　　　　　　　　　　　C. Michael Tarone
　　　　　　　　　　　　　　　　　　　　　Tarone & McLaughlin
　　　　　　　　　　　　　　　　　　　　　900 17th Street, NW, Suite 1250
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20006
159228　　　　　　　　　　　　　　　　　　202-293-320015922
Bar Id. Number　　　　　　　　　　　　　　Name, Address and Telephone Number