CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.,
_____

       Plaintiff(s)

    vs.                                          Civil Action No. _1:07cv0018(HHK)_

The Anyloan Company, et al.
_____

       Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

      I hereby certify under penalty of perjury, this _27th_ day of _April_____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s)
Renard Johnson
was [were] (select one):

☑    personally served with process on _4/28/07_____.

☐    served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐    served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑    The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: _D.C. Code 13-423 (a) (1), (2), and (4)_____.

      I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑    no extension has been given and the time for filing has expired

☐    although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

      The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [Signature]

C. Michael Tarone_____
Tarone & McLaughlin_____
900 17th Street, NW, Suite 1250___
Washington, DC 20006_____
202-293-320015922_____

159228_____

Bar Id. Number                                   Name, Address and Telephone Number