CO 538
Rev. 12/07

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

Robert Carroll, et al.,
_____
Plaintiff(s)

vs.                                                             Civil Action No. 1:07cv0018(HHK)

The Anyloan Company, et al.
_____
Defendant(s)

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this __27th__ day of __April_____, _____, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Apple Title International LLC _____

was [were] (select one):

☑   personally served with process on __5/8/07_____.

☐   served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee):_____.

☐   served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____.

☑   The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: D.C. Code 13-423 (a) (1), (2), and (4)_____.

I further certify under penalty of perjury that: no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); (select one)

☑   no extension has been given and the time for filing has expired
☐   although an extension has been given, the time for filing has expired;

and the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

_____
Attorney for Plaintiff(s) [signature]

C. Michael Tarone
Tarone & McLaughlin
900 17th Street, NW, Suite 1250
Washington, DC 20006
202-293-320015922

159228
_____
Bar Id. Number                                 Name, Address and Telephone Number