Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ROBERT CARROLL et al.

    Plaintiff(s)

  V.

Civil Action No. 07-18 HHK

ANYLOAN COMPANY, et al.

    Defendant(s)

RE: RENARD JOHNSON, APPLE TITLE INTERNATIONAL LLC, APPLE TITLE OF MARYLAND LLC

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on April 28, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 30th day of April, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: N. Wilkens
Deputy Clerk