IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CARROLL, ET AL )<br>)<br>　　Plaintiffs, )<br>)<br>v. )<br>)<br>Anyloan Company, et al )<br>)<br>　　Defendants. )<br>_____ ) | **CIVIL ACTION NO. 07-18 HHK** |

## MOTION TO VACATE ORDER OF DEFAULT

DEFENDANT FRANK OKEBUGWU, *pro se*, respectfully submits his Motion to Vacate the Order of Default entered in the above captioned matter on April 30, 2008, on the grounds asserted herein. Accordingly, Defendant asserts the following:

1. On or about January 4, 2007, Plaintiffs filed their Complaint against Defendant OKEBUGWU.

2. A summons was issued for Defendant OKEBUGWU.

3. In their Motion for Order of Default, filed on April 27, 2008, Plaintiffs allege that more than 30 days had passed since Defendant OKEBUGWU was served with the Summons.

4. Defendant OKEBUGWU, however, denies that he has received service of the Summons, or the Complaint on or before May 8, 2007.

5. As such, service in this matter was never effectuated.

6. Pursuant to the Federal Rules of Civil Procedure, service may be effectuated by (1) by delivering to the person to be served a copy of the summons, complaint, and all other papers filed with it; (2) if the person to be served is an individual, by leaving a copy of the summons, complaint, and all other papers filed with it at the

RECEIVED
MAY 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

individual's dwelling house or usual place of abode with a resident of suitable age and discretion; or (3) by mailing to the person to be served a copy of the summons, complaint, and all other papers filed with it by certified mail requesting: "Restricted Delivery -- show to whom, date, address of delivery."

7.   Defendant OKEBUGWU disputes the claim that he was properly served, as any alleged papers were not placed in his hand. As such, Defendant OKEBUGWU did not receive the required documents.

8.   In the alternative, pursuant to this Court's Rules, a Defendant may move to vacate an Order of Default within 30 days after its entry. The motion shall state the reasons for the failure to plead and the legal and factual basis for the defense to the claim.

9.   If the court finds that there is a substantial and sufficient basis for an actual controversy as to the merits of the action and that it is equitable to excuse the failure to plead, the court shall vacate the order.

10.   Defendant OKEBUGWU did not voluntarily fail to plead, as alleged by Plaintiff. He was never properly notified of the proceedings against him.

11.   Defendant OKEBUGWU will assert legal and factual contentions that are in direct contravention to Plaintiffs' claims.

12.   Therefore, Defendant OKEBUGWU has not attempted to avoid contact with Plaintiffs.

13.   As such, this matter should be opened so that Defendant OKEBUGWU may assert his claims against Plaintiffs and a full adversary trial can be held on the merits of each respective claim.

WHEREFORE, Defendant OKEBUGWU respectfully requests that this Court:

A.  GRANT his Motion to Vacate Order of Default;

B.  VACATE the Order of Default entered in the above captioned matter on April 30, 2008;

C.  REOPEN this matter in order for Defendant OKEBUGWU to file his Answer and assert the appropriate defenses; and

D.  AWARD Defendant such other and further relief as the nature of his cause may require.

I SOLEMNLY DECLARE AND AFFIRM under the penalties of perjury that the matters and facts set forth herein are true to the best of my knowledge, information and belief.

5-12-08
_____
Date

_____
Frank OKEBUGWU

Respectfully submitted,

May 12, 2008

_____
Frank Okebugwu, pro se
7742 Finns Lane, C-2
Lanham, Maryland 20706
(240) 643-7577

5

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing Motion to Vacate Order of Default was served, this 12th day of May, 2008, on

All parties on the Court's e-service lists

_____
Frank Okebugwu

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT CARROLL, ET AL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. 07-18 HHK** |
| ) | |
| Anyloan Company, et al ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## ORDER

UPON CONSIDERATION of Defendant Frank Okebugwu's Motion to Vacate Order of Default, Plaintiffs' Opposition thereto, and any information properly before this Court, it is this \_\_\_\_\_ day of _____ 2008, by the United States District Court for The District of Columbia,

ORDERED that Defendant Okebugwu's Motion be and is hereby GRANTED; and it is further

ORDERED that the Order of Default entered in this matter on April 30 2008, be and is hereby VACATED; and it is further

ORDERED that Defendant Okebugwu has thirty (30) days from the date of this Order to file the necessary responsive pleadings.

_____
Judge, US District Court for District of Columbia