UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Robert Carroll )
3328 17th Street, NW )
Washington, DC 20010, )
 )
    And )
 )
Monica Carroll )
3328 17th Street, NW )
Washington, DC 20010, )
 )
    Plaintiffs, )
 )   Civil Action No.1: 07cv0018
    v. )   (HHK)
 )
The Anyloan Company, *et al.* )
 )
    Defendants. )
 )

**NOTICE**
(Change of Address, Telephone and Contact Information)

This is notice that C. Michael Tarone and the law firm of Tarone & McLaughlin have changed address, telephone numbers and other contact information to the following:

    C. Michael Tarone, Esquire
    Tarone & McLaughlin
    1010 Vermont Avenue, NW
    Suite 810
    Washington, DC.  20005\

    Tel. 202-347-9526

Fax 202-783-9103

E-mail "cmtarone@bcounsel.com"

Respectfully submitted,

Dated: July 1, 2008                    _____/s/_____
                                        C. Michael Tarone (D.C. Bar No. 159228)
                                        Tarone & McLaughlin
                                        1010 Vermont Ave., NW, Suite 810
                                        Washington, DC 20005

                                        Tel. (202) 347-9526
                                        Fax (202) 783-9103

                                        Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I, C. Michael Tarone, hereby certify that on July 1, 2008, I have served a copy of the foregoing on the sole party who has answered the complaint and the second party electronically or by mail

                                        Will Purcell
                                        Mary Purcell & Associates
                                        1822 11th Street, NW
                                        Washington, DC 20001

                                        Frank Okebugwu
                                        9200 Basil Court
                                        Upper Marlboro, MD 20774


                                        /s/_____
                                        C. Michael Tarone